HENRY SIGEL, Respondent, *v.* AMERICAN SEATING COMPANY, Appellant.

*Sigel* v. *American Seating Co.*, 161 App. Div. 54, affirmed.
(Argued December 14, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 7, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The complaint alleged that while plaintiff was engaged in operating a woodshaper his right hand was caught in the knives thereof and three fingers on said hand were severed, by defendant's failure to furnish him a safe machine upon which to work. The answer admit-

ted that plaintiff was in defendant's employ and that he met with some accident or injury in connection with said woodshaper at or about the time named in the complaint, and denied the allegations of negligence and alleged that the injuries were due to the risks incident to plaintiff's employment and known to him, and that such risks were assumed by him; and that plaintiff's alleged injuries were also due to the plaintiff's own negligence at the time of said accident.

*Clinton B. Gibbs* for appellant.

*Michael M. Cohn* and *Dana L. Spring* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.